# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JOSEPH CINQUINI,**

        Plaintiff,

**vs.**                          **CASE NO. _____**

**MIDLAND CREDIT
MANAGEMENT, INC.,**

        Defendant.

_____/

## COMPLAINT
## JURY DEMAND

## INTRODUCTION

1. Plaintiff alleges that Defendant continued to contact Plaintiff in an attempt to collect a debt after receiving Plaintiff's written request for Defendant to cease contacting Plaintiff in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, 1337 and 15 U.S.C. § 1692k. Venue in this District is proper because Plaintiff resides here and Defendant mailed letters into this District.

## PARTIES

3. Plaintiff, Joseph Cinquini is a natural person and a citizen of the State of Florida, residing in Pinellas County in the Middle District of Florida.

4. Defendant, Midland Credit Management, Inc. is a foreign business corporation organized and existing under the laws of the State of Kansas with its principal place of business and corporate offices in San Deigo, California.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as that term is defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family, or household purposes. Specifically, Defendant attempted to collect from Plaintiff a debt allegedly incurred to Target National Bank. Hereinafter referred to as the "alleged debt."

10. On or about April 2013, Defendant began contacting Plaintiff in an attempt to collect the alleged debt.

11. On October 3, 2013, Plaintiff provided correspondence to Defendant via facsimile, which contained Plaintiff's written request that Defendant cease contacting Plaintiff with respect to the alleged debt. A copy of the October 3, 2013 cease and desist request and fax verification request is attached hereto as **Exhibit "A."**

12. Despite receipt of the cease and desist request, on or about November 16, 2013, Defendant sent a demand for payment to Plaintiff in an attempt to collect the alleged debt. A copy of the November 16, 2014 demand for payment is attached hereto as **Exhibit "B."**

## COUNT I
### FAILURE TO CEASE AND DESIST COMMUNICATION IN VIOLATION OF THE FDCPA, 15 U.S.C. § 1692c(c)

13. Plaintiff incorporates Paragraphs 1 through 12 above as if fully set forth herein.

14. Defendant continued to communicate with Plaintiff with respect to the alleged debt after being notified that Plaintiff wished Defendant to cease further communication with Plaintiff in violation of 15 U.S.C. § 1692c(c).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

/s/ *James S. Giardina*
[   ] James S. Giardina – Trial Counsel
Fla. Bar No. 0942421
[   ] Kimberly H. Wochholz
Fla. Bar No. 0092159
The Consumer Rights Law Group, PLLC
3104 W. Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
James@ConsumerRightsLawGroup.com
Kim@ConsumerRightsLawGroup.com
*Counsel for Plaintiff*

# EXHIBIT

# "A"

By Fax (877) 414-0962

8875 Aero Drive
Suite 200
San Diego, California 92123

Re:   MCM # 8559044137

To whom it may concern:

Please do not contact me anymore.

Sincerely,

*[signature]*
Joseph Cinquini

**SENDING REPORT**

Oct. 03 2013 05:24PM

YOUR LOGO :
YOUR FAX NO. :

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|---|---|---|---|---|---|---|
| 01 | 18774140962 | Oct.03 05:23PM | 00'26 | SND | 01 | OK |

TO TURN OFF REPORT, PRESS 'MENU' #04.
THEN SELECT OFF BY USING '+' OR '-'.

FOR FAX ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).

# EXHIBIT

# "B"

**mcm**

Midland Credit Management, Inc.
8875 Aero Drive
Suite 200
San Diego, CA 92123

*We can help you reduce your past due balance on your Target National Bank account, which is owned by Midland Funding LLC, and get your finances back on track.*

Joseph N Cinquini
10990 Valencia Ter
Seminole, FL  33772-4732

11-16-2013

Dear Joseph,

Midland Credit Management, Inc., understands a one-size payment plan doesn't fit everyone's needs.  Special offers are now available to help you resolve your unpaid Target National Bank account, which is owned by Midland Funding LLC.

**Reduce the amount you owe and resolve your bill today.**

**If we receive $3,995.73 by 12-16-2013, we will consider your account balance paid in full!**

If you are unable to make the payment above, we may be able to set up payments as low as $50 each month to help you resolve this past due bill.

**We can help you get back on track.** Call us today at (800) 282-2644 to discuss **your options.** When you call, our skilled Account Managers will help you find a solution that fits your budget and your timeline.  You can also visit our website at www.midlandcreditonline.com to make payments.

Don't miss this opportunity to save $2,663.82 off of your current balance of $6,659.55. We look forward to assisting you.

Sincerely,

*H. Torres*
H. Torres
Division Manager

### Take your first steps towards financial freedom today!

- We will stop applying interest to your account as soon as you make the first payment.
- Save $2,663.82 if you pay by 12-16-2013.
- After receiving your final payment, we will consider the account PAID IN FULL and the three major credit reporting agencies will be updated accordingly.

**Current Balance**: $6,659.55
**Payment Due Date**: 12-16-2013
**Original Creditor:**
Target National Bank
**Original Account No.:**
4352377605449659
**Current Owner:**
Midland Funding LLC
**MCM Account No.:**
8559044137

This account may still be reported on your credit report as unpaid.

**Hours of Operation:**
M – Th 6am – 7pm
Fri 6am – 5pm
Sat 6am – noon
Sun 5am – 12:30pm PST

 **Call:** (800) 282-2644

 **Click:** www.midlandcreditonline.com

 **Mail:** Payment coupon below

*PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.*

**Payment Coupon for:**

**Important Disclosure Information:**

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

As of the date of this letter you owe the amount listed in this letter as Current Balance. The offer to settle this account for the discount(s) offered in this letter remains open until 12-16-2013. If the offer to settle this account is not accepted on or before 12-16-2013, the amount you owe may be greater because of interest that may vary from day to day. To obtain an exact payoff amount, or for further information, please call one of our Account Managers at (800) 282-2644.

<u>MAIL PAYMENTS TO:</u> P.O. Box 60578, Los Angeles, CA 90060-0578

<u>MAIL CORRESPONDENCE BUT NO PAYMENTS TO:</u> MCM's business address at 8875 Aero Drive, Suite 200, San Diego, CA 92123

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law:

**IF YOU LIVE IN COLORADO, THIS APPLIES TO YOU:**
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE **WWW.COLORADOATTORNEYGENERAL.GOV/CA**

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Midland Credit Management has a Colorado office with the following address and telephone number: 80 Garden Center, Suite 3, Broomfield, CO 80020. Telephone number: (303) 920-4763.

**Only physical in-person payments may be accepted at this office location. All payments made via mail should be sent to the following address:** P.O. Box 60578, Los Angeles, CA 90060-0578

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:**
NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POST MARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO MIDLAND CREDIT MANAGEMENT, INC.

**IF YOU LIVE IN NEW YORK CITY, THIS APPLIES TO YOU:** New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, and #3777. Midland Credit Management, Inc. 8875 Aero Drive, Suite 200, San Diego, CA 92123

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**IF YOU LIVE IN CALIFORNIA, THIS APPLIES TO YOU:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or http://www.ftc.gov.

"Nonprofit credit counseling services may be available in the area."

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

**IF YOU LIVE IN UTAH, THIS APPLIES TO YOU:** As required by Utah law, you are hereby notified that a negative report on your credit record may be submitted to a credit reporting agency if you fail to meet the terms of your credit obligations.

**IF YOU LIVE IN WYOMING, THIS APPLIES TO YOU:** As required by law, you are hereby notified that a negative report on your credit record may be submitted to a credit reporting agency if you fail to meet the terms of your credit obligations.